**KAUFMAN DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Jennifer E. Sherven, Esq.**
jsherven@kaufmandolowich.com

**Solomon Abramov, Esq.**
sabramov@kaufmandolowich.com

**MEMO ENDORSED**

February 13, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/24

**VIA ECF**
The Honorable Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square New York, New York 10007

Re:   **Joseph Volfman v. Kyoto Omen U.S.A., Inc. and Paavo Rowe**
       **Case No.: 1:23-cv-10370-VEC**

Dear Judge Caproni:

This firm represents the Defendants, Kyoto Omen U.S.A., Inc. and Paavo Rowe (together, the "Defendants") in the above-referenced matter. We write, jointly with counsel for Plaintiff, Joseph Volfman ("Plaintiff"), to respectfully request a 30-day adjournment of the initial conference scheduled for February 23, 2024 and a corresponding extension of the date by which Defendants must respond to Plaintiff's Complaint.

The reason for the adjournment and extension is that Defendants have sought the services of an expert witness to evaluate the allegations in the Complaint. In addition, the Parties have made progress through settlement discussions and are hopeful that a more prompt resolution of this matter will be reached without the need for discovery.

The Parties have conferred and identified the following dates when counsel are available for the initial conference: March 22, 2024; April 5, 2024; April 12, 2024; or any date thereafter as may be convenient for the Court.

This is the first request for an adjournment of the initial conference and this is Defendants' second request for an extension of time to respond to Plaintiff's Complaint. Defendants' first request was made on January 22, 2024, was similarly made with Plaintiff's consent, and was graciously granted by the Court.

We thank Your Honor for all courtesies extended.

Respectfully submitted,
Kaufman Dolowich LLP

*/s/ Jennifer Sherven/*

Jennifer Sherven
Solomon Abramov

cc:   All counsel of record (*via ECF*)

Application GRANTED.  The Initial Pretrial Conference scheduled for **February 23, 2024** is ADJOURNED to **March 22, 2024** at **10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Defendants' deadline to respond to the Complaint remains stayed to **March 22, 2024**.  The parties' joint letter must be filed by no later than **March 14, 2024**.  For the required contents of the letter, the parties are directed to the Notice of Initial Pretrial Conference at Dkt. 7.

SO ORDERED.            2/13/2024

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE